EDWARD TYMON, Appellant, v. TYROSE HOMES, INC., Respondent, and Others, Defendants.— In an action to enforce a lien upon real property and for other relief, order granting summary judgment dismissing the complaint as to respondent Tyrose Homes, Inc., and canceling the *lis pendens*, affirmed, with ten dollars costs and disbursements. Appeal from judgment dismissed. The judgment is not printed in the record. Defendant Tyrose Homes, Inc., has set forth evidentiary facts, including documents, sufficient to defeat the action as to it, and plaintiff has failed to show by affidavit or other proof facts sufficient to entitle him to a trial. Lazansky, P. J., Carswell, Davis and Johnston, JJ., concur; Taylor, J., dissents, with the following memorandum: Although application for summary judgment in favor of a defendant in this form of action is now in order (*Lederer v. Wise Shoe Company, Inc.*, 276 N. Y. 459), I am of opinion that the moving and opposing papers disclose a situation involving the counterpart of the " arguable defense " mentioned in *Barrett v. Jacobs* (255 N. Y. 520), and that this is essentially a case for trial rather than for summary disposition.

(February 7, 1938.)

FLATLANDS ICE, COAL & COKE Co., INC., Appellant, v. MICHAEL CASABURI, Respondent; DEWEY V. CASABURI, ALFRED CASABURI and CHIERMONTE CASABURI, Also Known as RAYMOND CASABURI, Impleaded Defendants, Appellants.— On argument, order modified so as to provide for the appointment of a new receiver, and as so modified affirmed, without costs. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur. Settle order on two days' notice.

(February 11, 1938.)

MARY BACHEK, as Administratrix, etc., of JOHN BACHEK, Deceased, Respondent, v. JOSEPH ELLMAN and ISIDORE HELLMAN, Appellants. ANNA TEDLA and JOSEPH TEDLA, Respondents, v. JOSEPH ELLMAN and ISIDORE HELLMAN, Appellants.— Motion for reargument denied, with one bill of ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.